# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043    For payments Only:
Trustee           Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                     Memphis, TN 38101-1918
Assoc. Attorney

October 17, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    05-10624           Joseph & Linda Fingerhut

To Whom It May Concern:

Enclosed please find check #923017 in the amount of $4.06. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 17 |
| Account# | 7476 |
| Creditor | National Financial Holdings<br>% Cypress Capital Partners<br>POB 6328<br>Boston, MA 02114 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

*[Stamp: RECEIVED & FILED OCT 18 2011 OFFICE OF THE BANKRUPTCY CLERK ALBANY, NY]*

*[Handwritten: Rec'd $4.06 10/18/11]*